UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHAIRA ABIIGAIL TENORIO RUGAMA,<br><br>   Petitioner,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>   Respondents. | No. 1:25-cv-1918 AC<br><br>ORDER |

By order filed December 22, 2025, the court granted petitioner a preliminary injunction that required her immediate release. ECF No. 15. Petitioner was ordered to notify the court whether, in light of her request for preliminary relief being granted, she continued to oppose a stay of the petition pending the appeal in Rodriguez v. Bostock, 779 F. Supp. 3d 1239 (W.D. Wash. 2025), on appeal, No. 25-6842 (9th Cir.). Id. at 11-12. The time to file a response has passed, and petitioner has not notified the court of whether she still opposes a stay.

The undersigned finds that the appeal in Rodriguez raises issues regarding the respective scope and application of 8 U.S.C. §§ 1225 and 1226 that are substantially similar to those presented in this case. Because the pending appeal in Rodriguez has the potential to be dispositive of issues in this case, and petitioner has not identified any irreparable harm that she would suffer now that she has been granted preliminary relief, the undersigned shall stay consideration of the petition pending resolution of the appeal in Rodriguez. Upon conclusion of

1  the appeal, the court may order supplemental briefing on the effect of <u>Rodriguez</u> on petitioner's
2  claims for relief.
3       Good cause appearing, IT IS HEREBY ORDERED that consideration of merits of the
4  petition is stayed pending resolution of the appeal in <u>Rodriguez v. Bostock</u>.
5  DATED: January 7, 2026

                                              */s/ Allison Claire*
                                              ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE